IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PERSONACARE OF READING, INC., d/b/a KINDRED TRANSITIONAL CARE AND REHABILITATION - WYOMISSING,<br><br>Plaintiff,<br><br>v.<br><br>KATHRYN M. LENGEL and THERESA A. QUITINSKY, and as co-Executrixes of the Estate of MARY KATHRYN QUITINSKY,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 16-1965 |

### ORDER

**AND NOW**, this 17th day of March, 2017, upon review of Plaintiff's Motion to Compel Arbitration, Defendants' Motion to Strike Motion to Compel Arbitration (Docket No. 6) and Plaintiff's response thereto, as well as Defendants' Motion to Dismiss (Docket No. 10) and Plaintiff's opposition thereto, and after oral argument being heard, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss (Docket No. 10) is **DENIED**;

2. Defendants' Motion to Strike Motion to Compel Arbitration (Docket No. 6) is **DENIED**; and

3. Defendants shall file a response to Plaintiff's Motion to Compel Arbitration (Docket No. 2) within twenty (20) days.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
**Jeffrey L. Schmehl, J.**