IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PERSONACARE OF READING, INC., d/b/a KINDRED TRANSITIONAL CARE AND REHABILITATION - WYOMISSING,<br><br>Plaintiff,<br><br>v.<br><br>KATHRYN M. LENGEL and THERESA A. QUITINSKY, and as co-Executrixes of the Estate of MARY KATHRYN QUITINSKY,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 16-1965 |

## **ORDER**

**AND NOW**, this 27th day of June, 2017, upon review of Plaintiff's Motion to Compel Arbitration (Docket No. 2), Defendants' response thereto, and Plaintiff's Reply, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion to Compel Arbitration (Docket No. 2) is **GRANTED**;

2. Defendants' survival claims contained in the state court complaint underlying this matter shall proceed to arbitration;

3. The state court action related to this matter shall be stayed pending the outcome of the arbitration; and

4. The Clerk of Court shall close this matter.

                                                        **BY THE COURT:**

                                                        **/s/ Jeffrey L. Schmehl**
                                                        **Jeffrey L. Schmehl, J.**